UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 0 4 2008

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:08CR00100-01 JLH |
| | ) | |
| FELIPE MORALES | ) | |
| | ) | |

### ORDER

Upon motion of the government and for good cause shown, the above case is hereby dismissed without prejudice.

SO ORDERED this 4th Day of April, 2008.

_____
J. Leon Holmes
Chief United States District Judge